FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:37 pm, Jun 23, 2022
JEFFREY P. COLWELL, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

 Michele (DeSalvo) Burkhardt , Plaintiff

v.

 Golden Aluminum, Inc. , Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

 Michele (DeSalvo) Burkhardt
 (Name and complete mailing address)

 1701 Sumner Street, Longmont, CO 80501

(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Golden Aluminum, Inc.
                        (Name and complete mailing address)

                        1405 14th Street, Fort Lupton, CO 80216
                        (Telephone number and e-mail address if known)


Defendant 2:   _____
                        (Name and complete mailing address)

                        _____
                        (Telephone number and e-mail address if known)

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.
            (employment discrimination on the basis of race, color, religion, sex, or national origin)

_____   Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment
            discrimination on the basis of a disability)

_____   Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq.
            (employment discrimination on the basis of age)

__X__   Other: (*please specify*) _____ Equal Pay Act _____

## D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   Gender Discrimination _____

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                        _X_ different terms and conditions of employment

____ failure to promote                     ____ failure to accommodate disability

____ termination of employment              _X_ retaliation

_X_ other: (*please specify*)   Disparaging treatment_____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race           ____ religion        ____ national origin        ____ age

____ color          _X_ sex            ____ disability

Supporting facts:

Plaintiff respectfully accuses the Defendant of the following unlawful actions:

*being held to different or higher standards, or being evaluated more harshly, because of her gender identity:  female
*being paid less than a person of a different gender or sexual orientation who is similarly or less qualified than her, or who has similar (or fewer) job duties than her
*being publicly disciplined for something that other employees of a different gender do but do not receive the same public discipline
*being insulted, called derogatory names or slurs because of your gender identity, or hearing hostile remarks about people of a certain gender identity or sexual orientation.
*having pay withheld for a specific reason, and then that same pay was not withheld from a different gender employee for the exact same reason

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

_X_ Yes  (***You must attach a copy of the administrative charge to this complaint***)

____ No

3

Have you received a notice of right to sue? (*check one*)

     _X_ Yes  (***You must attach a copy of the notice of right to sue to this complaint***)

     ___ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against each of the Defendants, and award her all relief allowed by law, including but not limited to the following:

A. All declaratory and injunctive relief, as appropriate;

B. Actual economic damages as established at trial;

D. Compensatory and consequential damages, including damages for emotional distress, humiliation, loss of enjoyment of life, and other pain and suffering on all claims allowed by law in an amount to be determined at trial;

E. Punitive damages on all claims allowed by law and in an amount to be determined at trial;

F. Attorneys' fees and the costs associated with this action, including expert witness fees, on all claims allowed by law;

G. Pre-and post-judgment interest at the highest lawful rate; and

H. Any other appropriate relief at law and equity that this court deems just and proper.


PLAINTIFF HEREBY DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE


## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Michele (DeSalvo) Burkhardt
(Plaintiff's signature)

6/20/2022
(Date)

(Form Revised December 2017)